UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA M. TREVINO,<br>(Social Security No. XXX-XX-6011),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>the Social Security Administration,<br><br>Defendant. | 1:08-cv-820-WGH-RLY |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Memorandum Decision and Order entered this date, the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED.**

**Entered:**  February 18, 2009

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court


**Electronic copies to:**

Patrick Harold Mulvany
mulvany@onet.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov